UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN T. PONCE,<br><br>               Plaintiff,<br><br>     v.<br><br>ADELITO M. GALE, M.D., et al.,<br><br>               Defendants. | Case No. ED CV 12-2184-GW (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

On January 13, 2014, the United States Magistrate Judge issued a Report and Recommendation, recommending that: (1) Defendant Webb-Stuard's Motion to Dismiss be granted in part and denied in part; (2) Plaintiff's federal claims against Defendant Webb-Stuard be dismissed with prejudice and without leave to amend; and (3) Plaintiff's state law claim against Defendant Webb-Stuard be dismissed without prejudice and without leave to amend. Thereafter, on February 26, 2014, Plaintiff filed Objections to the Report and Recommendation ("Objections"). Defendant Webb-Stuart filed a Response to Plaintiff's Objections on March 12, 2014.

In support of his deliberate indifference claim against Webb-Stuart, Plaintiff states in the Objections that Defendant's acts in treating Plaintiff were "not within her licensure." (Objections at 2-3.) However, to the extent Plaintiff's deliberate indifference claim relies on Defendant Webb-Stuart's alleged lack of qualification to treat Plaintiff as a registered nurse, (see First Amended Complaint ("FAC") at 12 (stating that Webb-Stuard failed to "properly us[e] the degree

of skill necessary to diagnose at [sic] treat Plaintiff's serious medical need" )), there is no Eighth Amendment requirement that inmates be treated only by persons holding medical degrees. See, e.g., Williams v. Kernan, 2013 WL 556147, at *10 (N.D. Cal. 2013). Moreover, Plaintiff fails to allege any facts indicating that his nasal sores exceeded Webb-Stuart's expertise as a registered nurse. (See FAC, Exhibit D (Webb-Stuart observed only that Plaintiff's left nasal passage was "irritated" and appeared to have an "internal abrasion").) In any event, regardless of Webb-Stuart's qualifications, Plaintiff fails to state a deliberate indifference claim against this defendant since there are no allegations that Webb-Stuard was subjectively aware of an excessive risk to Plaintiff's health, or that the care she provided was medically unacceptable, as discussed in more detail in the Magistrate Judge's Report and Recommendation.

Plaintiff's remaining contentions in the Objections are without merit and warrant no comment.

Based on the foregoing and pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED: (1) Defendant Webb-Stuard's Motion to Dismiss is granted in part and denied in part; (2) Plaintiff's federal claims against Defendant Webb-Stuard are dismissed with prejudice and without leave to amend; and (3) Plaintiff's state law claim against Defendant Webb-Stuard is dismissed without prejudice and without leave to amend.

**IT IS SO ORDERED.**

DATED: April 9, 2014

GEORGE H. WU
UNITED STATES DISTRICT JUDGE

2