# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN T. PONCE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ADELITO M. GALE, M.D., et al.,<br><br>　　　　　　Defendants. | Case No. EDCV 12-2184-GW (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  No Objections to the Report and Recommendation have been filed within the time allowed for Objections.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT IS HEREBY ORDERED that this action be dismissed in its entirety, with prejudice as to Plaintiff's claims against Defendant Gale and without prejudice as to Plaintiff's claims against Defendant Brooks.

　　　　**IT IS SO ORDERED.**

DATED:  December 24, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE