# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN T. PONCE, | Case No. EDCV 12-2184-GW (JEM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ADELITO M. GALE, M.D., et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith.

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice as to Plaintiff's claims against Defendant Gale and without prejudice as to Plaintiff's claims against Defendant Brooks.

DATED: December 24, 2014

GEORGE H. WU
UNITED STATES DISTRICT JUDGE